AO 442 (Rev. 12/85) Warrant for Arrest

2:22mj282

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

UNITED STATES OF AMERICA

V.

JAMAAL ELWOOD DANCE

WARRANT FOR ARREST

CRIMINAL CASE: 2:22-CR-22-1M-BM

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**JAMAAL ELWOOD DANCE** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

____ Order of Court: ___ Violation Notice __ Probation Violation Petition charging him/her with:

Count 1 - 21 U.S.C. § 846: Conspiracy to distribute and possess with intent to distribute forty (40) grams or more of fentanyl and one hundred (100) grams or more of a fentanyl analogue

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

DECEMBER 14, 2022 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

### RETURN

This warrant was received and executed with the arrest of the above named defendant at

12/28/2022

| DATE RECEIVED 12/14/22 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING CHRISTOPHER A. HEDGES SA, FBI |
|---|---|---|
| DATE OF ARREST 12/28/22 | Christopher A. Hedges SA, FBI | |